**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONNY BOY ORALIZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>W.L. GORE & ASSOCIATES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00415-TLT<br><br>(Santa Clara Case No. 22CV394059)<br><br>*Judge Trina L. Thompson*<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO REMAND** |

# [PROPOSED] ORDER

The Court, having reviewed the papers, and GOOD CAUSE appearing therefore, hereby ORDERS that the above-entitled case be remanded back to the Santa Clara County Superior Court under case number 22CV394059.

SO ORDERED.

Dated: June 27, 2024

TRINA L. THOMPSON
UNITED STATES DISTRICT COURT JUDGE

The Clerk of the Court is ordered to terminate the case based upon the remand.
All future dates are hereby vacated

-2-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND